1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  Carina Perez, individually, and as surviving heir and successor in interest of OSCAR VASQUEZ PEREZ, | Case No. CV13-06728-MMM (VBKx) |
| 12 | |
| 13                    Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION AND PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION PRODUCED BY THIRD PARTY PRIME WHEEL |
| 14        vs. | |
| 15  AUTO TECHNOLOGY COMPANY, an Ohio corporation; and DOES 1 through 100, inclusive, | |
| 16 | |
| 17                   Defendants. | |

18
19
20         WHEREAS, the parties in the above matter, CARINA PEREZ, individually, and as

21   surviving heir and successor in interest of OSCAR VASQUEZ PEREZ ("Perez"), Plaintiff, and

22   AUTO TECHNOLOGY COMPANY ("Auto Tech"), Defendant, on the one hand, and third-

23   party PRIME WHEEL CORPORATION ("Prime Wheel) on the other hand (hereinafter

24   collectively referred to as the "Parties"), have agreed that certain documents produced by Prime

25   Wheel in response to subpoenas in this matter and videos and photographs generated in relation

26   to site inspections conducted at Prime Wheel's facility may contain proprietary and/or

27   confidential information and as such will be used for purposes of litigation only relating to the

28   matter of Perez v. Auto Technology, Inc., et al. The Parties understand that from time to time,

1  documents produced from Prime Wheel will be filed with the court and/or used as exhibits and

2  that those documents will be public record.

3

4  Dated:  May 13, 2015

5

6                                                        By:                        /s/

7                                                                UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL                                    Case No. 2:14cv4516-MMM-ASx
FPDOCS 30572326.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE