1
2
3
4
5
6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| CARINA PEREZ<br><br>Plaintiff(s),<br><br>v.<br><br>AUTO TECHNOLOGY COMPANY , et al.<br><br><br><br>Defendant(s). | CASE NO:<br>2:13−cv−06728−MMM−VBK<br><br>ORDER DISMISSING CIVIL ACTION |

9
10
11
12
13
14
15
16

17   THE COURT having been advised by counsel that the above−entitled action
18   has been settled;
19   IT IS THEREFORE ORDERED that this action is hereby dismissed without
20   costs and without prejudice to the right, upon good cause shown within **30 days**,
21   to re−open the action if settlement is not consummated.  This Court retains full
22   jurisdiction over this action and this Order shall not prejudice any party to this
23   action.

24   **IT IS SO ORDERED.**
25
26   Dated: June 29, 2015

*Margaret M. Morrow*

27   _____
28   Margaret M. Morrow
     United States District Judge

−1−